IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW C. JOHNSON,

      Plaintiff,                 No. CIV S-08-1360 KJM P

    vs.

DAVIS, et al.,

      Defendants.           ORDER

                               /

          By an order filed June 27, 2008, plaintiff was ordered to file an in forma pauperis affidavit within thirty days and was cautioned that failure to do so would result in dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order.

          Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 6, 2008.

_____
U.S. MAGISTRATE JUDGE

/john1360.fifp

1